# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1492

_____

DOMINIC LEONARD REDDICK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
William E. Davis, Judge.

January 30, 2026

PER CURIAM.

AFFIRMED.

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dominic Leonard Reddick, pro se, Appellant.

James Uthmeier, Attorney General, and Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.